IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MELVIN JOHN SALAS NAPUTI,<br><br>　　　　　　　　Defendant. | CRIMINAL CASE NO. 23-00001<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEAS OF GUILTY<br>IN A FELONY CASE** |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a pleas of guilty to Counts 3 and 5 of a Superseding Indictment charging him with Attempted Possession with Intent to Distribute Fifty or More Grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(viii) and 18 U.S.C. § 2, and Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1). After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by independent bases in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.



/s/ **Michael J. Bordallo**
　　U.S. Magistrate Judge
Dated: Jul 05, 2023

**NOTICE**

**Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**